# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| WESLEY BUTTRAM | Case No. 2:15-CV-02700-MCE-KJN |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| TRINITY SERVICES GROUP and DOES 1 through 100, INCLUSIVE, | |
| Defendants. | |

Based on the Parties' Stipulated Dismissal that has been submitted and signed by the respective attorneys for all parties in this action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT the above-captioned action be dismissed in its entirety with prejudice and that each Party shall bear his/its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE